DAVID J. MICLEAN (SB# 115098)
MICLEAN GLEASON LLP
411 BOREL AVENUE, SUITE 310
SAN MATEO, CA  94402
Telephone:  (650) 684-1181
Facsimile:  (650) 684-1182
dmiclean@micleangleason.com

JAMES C. SHERWOOD (SB# 148896)
BEE SWEET CITRUS, INC.
416 E. SOUTH AVENUE
FOWLER, CA  93625
Telephone:  (559) 834-5345
Facsimile:  (559) 834-2065
james@beesweetcitrus.com

Attorneys for Plaintiff,
BEE SWEET CITRUS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| BEE SWEET CITRUS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THEOPHILUS L. ULMER, DBA BEE SWEET LEMONADE; MIKAILA'S BEESWEET LEMONADE, LLC; AND DOES 1-10,<br><br>Defendants. | Case No. 1:15-cv-01068---BAM<br><br>**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>**HON. BARBARA A. MCAULIFFE**<br><br>DATE:  November 18, 2015<br><br>TIME:  8:30 AM<br><br>CTRM: 8 |

This Stipulation is made by and between Plaintiff Bee Sweet Citrus, Inc. ("Plaintiff") and Defendants Theophilus L. Ulmer, doing business as Bee Sweet Lemonade, and Mikaila's BeeSweet Lemonade, LLC ("Defendants") (collectively, "the Parties"), by and through their attorneys, with reference to the following facts:

1. Plaintiff filed a First Amended Complaint against Defendants on July 13, 2015.

2. On July 13, 2015, the Court set the Initial Scheduling Conference for October 14, 2015 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

3. On September 30, 2015, counsel for Defendants executed and returned to Plaintiff's counsel a Waiver of the Service of Summons allowing Defendants until November 30, 2015 to file and serve its answer or otherwise plead.

4. On October 6, 2015, the Court issued a Minute Order continuing the Initial Scheduling Conference to November 18, 2015 at 8:30 a.m.  Accordingly, the Parties' Joint Scheduling Report is due November 12, 2015.

5. The Parties have been actively engaged in settlement discussions, exchanged written drafts, and have been diligently working on finalizing a settlement agreement wherein the Parties have agreed to the principle terms.

6. The Parties agree that continuing the Initial Scheduling Conference will allow the Parties to focus their efforts on reviewing and executing a formal settlement agreement to amicably resolve this action and conserve the resources of the Court.

7. No requests for a continuance have been previously made in this matter by any party.

**NOW THEREFORE,** the Parties stipulate and jointly request that the Court continue the Initial Scheduling Conference to December 18, 2015, or to the first date thereafter available on the Court's calendar.

IT IS SO STIPULATED.

1 | Respectfully submitted,

2 | Dated: November 12, 2015

MICLEAN GLEASON LLP

By     /s/
            DAVID J. MICLEAN

Attorney for Plaintiff

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Lisa M. Martens (as authorized on 11/10/15)
            LISA M. MARTENS

Attorney for Defendants

**ORDER**

In consideration of the Parties' Joint Stipulation to Continue the Initial Scheduling Conference and all related deadlines, and good cause having been shown, it is ORDERED that the Initial Scheduling Conference, currently set for November 18, 2015, shall be continued to January 12, 2016, at 9:00 a.m. in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe. Related deadlines to meet and confer, submit a Joint Scheduling Report, and provide initial disclosures under Rule 26 of the Federal Rules of Civil Procedure, are similarly continued.

IT IS SO ORDERED.

Dated:   **November 13, 2015**               /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE