DAVID J. MICLEAN (SBN 115098)
MICLEAN GLEASON LLP
411 BOREL AVENUE, SUITE 310
SAN MATEO, CA  94402
Telephone:  (650) 684-1181
Facsimile:  (650) 684-1182
dmiclean@micleangleason.com

JAMES C. SHERWOOD (SBN 148896)
BEE SWEET CITRUS, INC.
416 E. SOUTH AVENUE
FOWLER, CA  93625
Telephone:  (559) 834-5345
Facsimile:  (559) 834-2065
james@beesweetcitrus.com

Attorneys for Plaintiff
Bee Sweet Citrus, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE SWEET CITRUS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THEOPHILUS L. ULMER, DBA BEE SWEET LEMONADE; MIKAILA'S BEESWEET LEMONADE, LLC; AND DOES 1-10<br><br>Defendants. | CASE NO. 1:15-cv-01068-BAM<br><br>Hon. Barbara A. McAuliffe<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

**IT IS HEREBY ORDERED.**

1) The parties shall comply with the confidential settlement agreement entered into by the parties on November 17, 2015.

2) As part of that settlement agreement "The Parties agree that the United States District Court for the Eastern District of California shall be the exclusive venue for any dispute regarding this Agreement, and hereby waive any objections or exceptions to the court's exercise of personal jurisdiction over them solely for the purpose of adjudicating disputes arising under this Agreement.  The United States District Court for the Eastern District of California shall have continuing jurisdiction to enforce the terms of this Agreement."  By consent of the parties, this Court will retain exclusive and continuing jurisdiction to enforce the terms of the confidential settlement agreement entered into between the parties.

3) Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice, and each party will bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated:   **December 2, 2015**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE